**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICHARD MICKMAN,

          Respondent

            v.

ELAINE MICKMAN,

          Petitioner

: No. 387 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.